IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BETSY TAUB, | No | C-04-2316 VRW |
| Plaintiff, | | ORDER |
| v | | |
| FLEISHMAN-HILLARD, INC et al, | | |
| Defendants. / | | |

On October 21, 2005, plaintiff Betsy Taub ("Taub") and defendant Fleishman-Hillard, Inc ("Fleishman-Hillard") jointly asked the court to reopen discovery because of documents that Taub produced after discovery had closed in July 2005.  Doc #80. Apparently, Taub would like to offer some of these documents into evidence at trial and Fleishman-Hillard would like to review these documents and depose Taub about their contents.  Id.

Because the court has yet to issue its ruling on Fleishman-Hillard's July 11, 2005, motion for summary judgment, the court denies this motion without prejudice.  If appropriate, the parties may once again request that the court reopen discovery after the court issues its summary judgment order.

IT IS SO ORDERED.

_____

**VAUGHN R WALKER**

**United States District Chief Judge**